UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANDMARK AMERICAN INSURANCE
COMPANY,

       Plaintiff,

v.                                                 Case No:  2:16-cv-582-FtM-99CM

NORTH CAPTIVA ISLAND CLUB,
INC., JAKE SHALLOW, JANE DOE
#1 and JANE DOE #2,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of Plaintiff Landmark American Insurance Company's Memorandum of Law in Response to this Court's Order to Show Cause (Doc. #25) filed on November 16, 2016.  On November 10, 2016, this Court entered an Order to Show Cause, ordering Plaintiff to show cause as to why this case should not be dismissed as to Defendant Jake Shallow (Shallow) for failure to timely serve Shallow.  (Doc. #19)

In its response, Plaintiff informs the Court that it has been diligently pursuing service of Shallow in Utah and Florida, but to date have been unsuccessful.  Plaintiff states that it has not yet determined Shallow's whereabouts but has retained the service of a private investigator in the State of Florida who believes he may have located an

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

address for Shallow in Florida. Accordingly, Plaintiff is in the process of obtaining a summons from the Clerk of Court to attempt service. Plaintiff requests additional time until February 17, 2017 to do so. Plaintiff asserts that such an amount of time is needed because if Shallow cannot be located, Plaintiff will have to apply to the Court for permission to serve him by publication, which must be published once per week for four consecutive weeks. Fla. Stat. § 49.10. The Court finds that Plaintiff has demonstrated good cause for such an extension.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's request for an extension of time to effect service of process on Defendant Jake Shallow is **GRANTED.** Plaintiff shall have up to and including **February 17, 2017** to effect service of process on Defendant Jake Shallow.

(2) The Court will take no further action on its Order to Show Cause.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of November, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record